UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT J. GRAF, | ) |
| | ) CIVIL NO. 3:15-cv-5387-MJP |
| Plaintiff, | ) |
| | ) ORDER FOR ATTORNEY'S FEES |
| vs. | ) PURSUANT TO 42 U.S.C. § 406(b) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $7,806.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $7,119.46 that previously were awarded, leaving a net fee of $686.54. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $686.54, minus any applicable processing fees as allowed by statute.

After paying the attorneys fee, Social Security shall release all remaining funds directly to

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [3:15-cv-5387-MJP] - 1

Plaintiff.

DATED this 8th day of May, 2018.

Marsha J. Pechman
United States District Judge

Presented by:

S/Eitan Kassel Yanich
Eitan Kassel Yanich, WSBA #13690
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [3:15-cv-5387-MJP] - 2